IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ANJOMA VENTER, § | CASE NO. 23-42320 |
| § | (Chapter 7) |
| DEBTOR § | |

### ORDER AUTHORIZING TRUSTEE TO EMPLOY REAL ESTATE BROKER

On this day came on for consideration the Application to Employ Real Estate Broker ("Motion") filed by Christopher J. Moser, Trustee ("Trustee") praying for authority to employ Michael Crane, a real estate broker to sell real property in the State of Texas. The Court finds that Michael Crane represents no interest adverse to the Trustee or to the estate, that the employment of Michael Crane would be in the best interest of the estate and that the Application should be granted.

**IT IS THEREFORE,**

**ORDERED** that Christopher J. Moser, Trustee is authorized to employ Michael D. Crane on the terms set forth in the Application.

Signed on 03/20/2024

_Brenda T. Rhoades_  SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**Solo Page**