IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANJOMA VENTER | § | CASE NO. 23-42320 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**AGREED ORDER GRANTING MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY**
**FREE CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES WITH**
<u>**LIENS, CLAIMS AND ENCUMBRANCES TO ATTACH TO SALES PROCEEDS**</u>

On this day came on for consideration, the Motion for Authority to Sell Personal Property Free and Clear of All Liens and Encumbrances with Liens, Claims and Encumbrances to Attach to Sales Proceeds ("**Motion**") filed by Christopher J. Moser, Chapter 7 Trustee ("**Trustee**"). The Court, after considering the Motion and the lack of any timely objection or response to the Motion, finds that the relief sought is in the best interests of the estate and that the provisions of 11 U.S.C. §363 have been satisfied. **IT IS THEREFORE,**

**ORDERED** that the Motion is granted. **IT IS FURTHER,**

**ORDERED** that procedure for conducting the sale, as described in the Motion, is approved. **IT IS FURTHER,**

**ORDERED** that the Debtor is authorized to sell the Property identified in the Motion to Gricelda Martinez and Jose Eugene Marinez and/or their assigns for $55,000. **IT IS FURTHER,**

**ORDERED** that, excepting the 2024 ad valorem tax lien, the sale of the Property shall be free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. §363(f) with such liens, claims and encumbrances attaching to the proceeds of the sale with the same validity and priority that existed prior to the closing of the sale. **IT IS FURTHER,**

**ORDERED** that the sale of the Property is "as is, where is," without any representations or warranties concerning the condition, use or suitability of the Property.

**ORDERED** that Trustee is authorized to pay Michael Crane a 6% commission out of the sale proceeds upon the closing of a sale without further order. **IT IS FURTHER,**

**ORDERED** that the stay requirement of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived.

Signed on 04/10/2024

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. | MCCREARY VESELKA BRAGG & ALLEN P.C. |
| 2001 Bryan Street, Suite 1800 | 700 Jeffrey Way #100, |
| Dallas, Texas 75201 | Round Rock, TX 78665 |
| (214) 880-1851 (Telephone) | (512) 323-3241 (Telephone) |
| cmoser@qslwm.com (Email) | jparsons@mvbalaw.com (Email) |
| | |
| By: */s/ Charles F. Baum* | By: */s/ Julie A. Parsons* |
| Charles F. Baum | Julie A. Parsons |
| SBN 01926100 | SBN 00790358 |
| Christopher J. Moser | ATTORNEYS FOR DENTON COUNTY |
| SBN 14572500 | |
| ATTORNEYS FOR TRUSTEE | |